FILED

OCT 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAPRINA FLETCHER,

    Petitioner,

vs.

STATE OF CALIFORNIA SUPERIOR COURT CONTRA COSTA COUNTY,

    Respondent.

No. C 12-03073 EJD (PR)

ORDER OF DISMISSAL

On June 15, 2012, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed an application to proceed in forma pauperis. (Docket No. 2.) On August 21, 2012, this Court denied Petitioner's application to proceed in forma pauperis and ordered that Petitioner pay the filing fee within thirty days. (Docket No. 6.) The deadline has since passed, and Petitioner has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

DATED: 10/16/12

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\HC.12\03073Fletcher_dism-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAPRINA FLETCHER,

        Petitioner,

v.

STATE OF CALIFORNIA SUPERIOR COURT CONTRA COSTA COUNTY,

        Respondent.

Case Number CV 12-03073 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/16/12, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Saprina Lanise Fletcher**
X15772
Valley State Prison for Women
P.O. Box 92
Chowchilla, CA 93610

DATED: 10/16/12

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk