FILED

OCT 16 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SAPRINA FLETCHER, | ) No. C 12-03073 EJD (PR) |
|---|---|
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| STATE OF CALIFORNIA SUPERIOR COURT CONTRA COSTA COUNTY, | ) |
| Respondent. | ) |

The Court has dismissed the instant civil rights action without prejudice for Petitioner's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file

DATED: 10/10/12

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\HC.12\03073Fletcher_judgment.wpd

1

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

SAPRINA FLETCHER,

    Petitioner,

v.

STATE OF CALIFORNIA SUPERIOR COURT CONTRA COSTA COUNTY,

    Respondent.
_____/

Case Number CV 12-03073 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/16/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Saprina Lanise Fletcher**
X15772
Valley State Prison for Women
P.O. Box 92
Chowchilla, CA 93610

DATED: _____10/16/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk