**FILED**

OCT 16 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAPRINA FLETCHER, | No. C 12-03073 EJD (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| STATE OF CALIFORNIA SUPERIOR COURT CONTRA COSTA COUNTY, | |
| Respondent. | |

The Court has dismissed the instant civil rights action without prejudice for Petitioner's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file

DATED: 10/10/12

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAPRINA FLETCHER,

    Petitioner,

v.

STATE OF CALIFORNIA SUPERIOR COURT CONTRA COSTA COUNTY,

    Respondent.

Case Number CV 12-03073 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/16/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Saprina Lanise Fletcher**
X15772
Valley State Prison for Women
P.O. Box 92
Chowchilla, CA 93610

DATED: _____10/16/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk